IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-0137 SI |
| Plaintiff, ) | |
| ) | ORDER RELEASING DEFENDANT |
| vs. ) | |
| ARTURO LESTER, ) | |
| Defendant. ) | |

TO: United States Marshal Service and Alameda County Jail.

Arturo R. Lester is hereby ordered released from custody. He is directed to abide by all of the conditions of his supervised release as reflected in this Court's oral order of March 13, 2009 and as further reflected in the forthcoming written order. He is further ordered to appear on Friday, June 12, 2009 at 11:00 a.m. before this Court for further proceedings.

IT IS SO ORDERED.

DATED: 3/13/09

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

ORDER RELEASING DEFENDANT
U.S. v. Lester CR 04-0137 SI        - 1 -